**STATE of Missouri, Respondent,**

v.

**Mark JONES, Appellant.**

**No. WD 61433.**

Missouri Court of Appeals, Western District.

March 11, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 2003.

Application for Transfer Denied July 1, 2003.

Nancy A. McKerrow, State Public Defender Office, Columbia, for Appellant.

Jereiah W. (Jay) Nixon, Attorney General, John Munson Morris and Dora Fichter, Office of Attorney General, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

**ORDER**

Mark Jones appeals the circuit court's judgment convicting him of robbery in the first degree. He contends that he was denied his right to represent himself at trial. We affirm. Rule 30.25(b).